AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

DANFORD EASON, )
      Plaintiff, )
)
v. )
)
) **JUDGMENT**
CAROLYN W. COLVIN, ) **CASE NO. 2:12-CV-57-D**
Acting Commissioner of Social Security, )
      Defendant. )

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Court GRANTS Defendant's Motion for Judgment on the Pleadings [D.E. 24], DENIES Plaintiff's Motion for Judgment on the Pleadings [D.E. 19], and AFFIRMS the Commissioner's final decision. The action is DISMISSED. The clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 11, 2013,** WITH A COPY TO:

Lawrence Wittenberg (via CM/ECF electronic notification)
Elisa Donohoe (via CM/ECF electronic notification)

| | |
|---|---|
| September 11, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |